**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7415**

---

CHARLOTTE JEAN PAONE,

Plaintiff - Appellant,

versus

RONNIE D. CROCKETTE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-95-947-AM)

---

Submitted: December 14, 1995    Decided: January 17, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charlotte Jean Paone, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the dismissal without prejudice of her 42 U.S.C. § 1983 (1988) complaint. Appellant's complaint was dismissed without prejudice to her right to file a proper claim alleging facts that show specific injury to herself. This court may exercise jurisdiction only over final orders, and certain interlocutory and collateral orders.[1] Because Appellant may be able to save this action by amending her complaint, the dismissal order which Appellant seeks to appeal is not an appealable final order.[2] Accordingly we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[1] 28 U.S.C. § 1292 (1988); FED. R. CIV. P. 54(b).

[2] See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064 (4th Cir. 1993).